IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civil Action No. 7:23-cv-1064

| | |
|---|---|
| MARY BETH BERGMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) **MOTION FOR SUMMARY JUDGMENT** |
| | ) |
| GEORGE REESER MOFFITT, III and | ) |
| MICHELE MOFFITT, | ) |
| | ) |
| Defendants. | ) |

Defendants move for summary judgment as there is no issue of material fact for trial:

1. Michele Moffitt was not on the boat during the sea trial and there are no viable claims against her.
2. Plaintiff and Defendant George Moffit have testified that the waves the vessel hit were rogue waves and not could not be avoided before the accident.
3. There is no fact or expert testimony to establish the scope of the duty owed to Plaintiff during this sea trial.
4. There is no fact or expert testimony that establishes a breach of any duty owed to Plaintiff.

Respectfully submitted this the 13th day of November, 2024.

CROSSLEY McINTOSH COLLIER HANLEY & EDES, PLLC

By: _____
Andrew Hanley
NC State Bar No.: 23738
5002 Randall Parkway, Suite 200
Wilmington, NC 28403
Telephone: (910) 762-9711
Facsimile: (910) 256-0310

1

CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will deliver to the following counsel via electronic mail:

Steve L. Weeks
Wheatly Law Group, P.A.
P.O. Box 360; 710 Cedar Street
slw@wheatlylaw.com
Attorney for Plaintiff

Davidson S. Myers
P.O. Drawer 1006
Jacksonville, NC 28541-1006
dsm@warricklaw.com

On this 12/ day of November, 2024.

_____
Andrew Hanley