IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:23-CV-01064-M-BM

MARY BETH BERGMAN,

     Plaintiff,

v.                                                                                    ORDER

GEORGE REESER MOFFITT, III and
MICHELE MOFFITT,

     Defendants.

This matter comes before the court sua sponte. In light of criminal matters that must take precedence under the Speedy Trial Act, as well as a pending dispositive motion (DE 31), the jury trial scheduled to commence in this case on March 25, 2025, and the pretrial conference scheduled on March 11, 2025, are VACATED and will be rescheduled, if necessary, upon the disposition of the motion for summary judgment.

SO ORDERED this __14th__ day of January, 2025.

_____
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE